# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

GIOVANNA WESTWOOD,

    Plaintiff,

vs.

JP MORGAN CHASE BANK, N.A.,

    Defendant.

Case No. 2:16-cv-02409-RFB-GWF

**ORDER**

    This matter is before the Court on Plaintiff's Motion to Compel Discovery (ECF No. 22), filed on May 8, 2017. Plaintiff requests an order compelling Defendant to respond to written discovery including interrogatories and requests for production of documents that Plaintiff served upon Defendant on April 6, 2017. Plaintiff represents that Defendant has not responded.

    Plaintiff has filed this motion without an attempt to resolve these issues with Defendant's counsel. The meet and confer requirements in Rule 37(a)(1) of the Federal Rules of Civil Procedure and Local Rule ("LR") 26-7(b) require the moving party to confer or attempt to confer in person, or at least by telephone, with the opposing party in a good faith effort to resolve the discovery dispute prior to filing a motion to compel. *Shuffle Master v. Progressive Games*, 170 F.R.D. 166, 171 (D.Nev. 1996); *Walker v. North Las Vegas Police Depart.*, 2016 WL 427063, *2 (D.Nev. Feb. 3, 2016). The moving party is also required to include a certification setting forth its efforts and the results of the meet and confer attempts. Fed. R. Civ. P. 37(a)(1); LR 26-7(c). Because Plaintiff's motion fails to show that she complied with these requirements prior to filing the motion,

    **IT IS HEREBY ORDERED** that Plaintiff's Motion to Compel Discovery (ECF No. 22) is **denied**, without prejudice.

    DATED this 17th day of May, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge